■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTWAN LAPORTE, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered June 14, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.